# ALABAMA COURT OF CRIMINAL APPEALS



December 19, 2025

**CR-2024-0594**
Craig Kimbrell Watts v. State of Alabama (Appeal from Russell Circuit Court: CC-22-661)

## NOTICE

You are hereby notified that on December 19, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk